AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

United States of America
v.
JUSTIN MICHAEL HASAN

*Defendant*

Case No. 2:16-CR-128-TOR-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JUSTIN MICHAEL HASAN, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 471 MANUFACTURE OF COUNTERFEIT CURRENCY
18 U.S.C. 472 PASSING COUNTERFEIT CURRENCY

Date: Jul 20, 2016, 9:54 am

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/4/16, and the person was arrested on *(date)* 8/4/16 at *(city and state)* SNOQUALMIE, WA.

Date: 8/4/16

*Arresting officer's signature*

Brian Chandler - Special Agent
*Printed name and title*

MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUL 2 0 2016
SEAN F. McAVOY, CLERK
DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUSTIN MICHAEL HASAN,

Defendant.

2:16-CR-128-TOR

INDICTMENT

Vio: 18 U.S.C. § 471
Manufacture of Counterfeit Currency
(Count 1)

Vio: 18 U.S.C. § 472
Passing Counterfeit Currency
(Counts 2-10)

18 U.S.C. §§ 492, 982
Criminal Forfeiture

The Grand Jury Charges:

COUNT 1

That on an exact date unknown, but no later than on or about March 1, 2016, and continuing until on or about March 6, 2016, in the Eastern District of Washington, the Defendant, JUSTIN MICHAEL HASAN, with the intent to defraud, did knowingly falsely make and manufacture counterfeit obligations of the United States, specifically counterfeit Federal Reserve Notes in $100 denominations bearing the serial numbers: LD61471358B and LL74168068B, in violation of 18 U.S.C. §§ 471 and 2.

**COUNT 2**

On or about March 5, 2016, within the Eastern District of Washington, Defendant, JUSTIN MICHAEL HASAN did, with the intent to defraud, pass a falsely made, forged and counterfeit $100 Federal Reserve Note, bearing serial number LL74168068B, which JUSTIN MICHAEL HASAN knew to be falsely made, forged, and counterfeit, at the Starbucks Coffee located at 908 E. 10th Ave., Ellensburg, Washington, in violation of 18 U.S.C. §§ 472 and 2.

**COUNT 3**

On or about March 6, 2016, within the Eastern District of Washington, Defendant, JUSTIN MICHAEL HASAN did, with the intent to defraud, pass a falsely made, forged and counterfeit $100 Federal Reserve Note, bearing serial number LH92700417A, which JUSTIN MICHAEL HASAN knew to be falsely made, forged, and counterfeit, at the Custer's Spring Arts & Crafts Show located at Spokane Interstate Fairgrounds, Spokane, Washington, in violation of 18 U.S.C. §§ 472 and 2.

**COUNT 4**

On or about March 6, 2016, within the Eastern District of Washington, Defendant, JUSTIN MICHAEL HASAN did, with the intent to defraud, pass a falsely made, forged and counterfeit $100 Federal Reserve Note, bearing serial number LL74168068B, which JUSTIN MICHAEL HASAN knew to be falsely made, forged, and counterfeit, at the Advance Auto Parts Store, located at 110 S. Pines Road, Spokane Valley, Washington, in violation of 18 U.S.C. §§ 472 and 2.

**COUNT 5**

On or about March 8, 2016, within the Eastern District of Washington, Defendant, JUSTIN MICHAEL HASAN did, with the intent to defraud, pass a falsely made, forged and counterfeit $100 Federal Reserve Note, bearing serial number LL74168086B, which JUSTIN MICHAEL HASAN knew to be falsely

made, forged, and counterfeit, at the Sherwin Williams Store, located at 5815 E. Sprague Ave, Spokane Valley, Washington, in violation of 18 U.S.C. §§ 472 and 2.

**COUNT 6**

On or about March 8, 2016, within the Eastern District of Washington, Defendant, JUSTIN MICHAEL HASAN did, with the intent to defraud, pass a falsely made, forged and counterfeit $100 Federal Reserve Note, bearing serial number LH92700417A, which JUSTIN MICHAEL HASAN knew to be falsely made, forged, and counterfeit, at Richard/ Remnicha, Inc., 4902 E. Sprague Ave., Spokane, Washington, in violation of 18 U.S.C. §§ 472 and 2.

**COUNT 7**

On or about March 9, 2016, within the Eastern District of Washington, Defendant, JUSTIN MICHAEL HASAN did, with the intent to defraud, pass a falsely made, forged and counterfeit $100 Federal Reserve Note, bearing serial number LL74168086B, which JUSTIN MICHAEL HASAN knew to be falsely made, forged, and counterfeit, at the Lowes #172 Store, located at 5204 E. Sprague, Spokane, Washington, in violation of 18 U.S.C. §§ 472 and 2.

**COUNT 8**

On or about March 9, 2016, within the Eastern District of Washington, Defendant, JUSTIN MICHAEL HASAN did, with the intent to defraud, pass a falsely made, forged and counterfeit $100 Federal Reserve Note, bearing serial number LH92700417A, which JUSTIN MICHAEL HASAN knew to be falsely made, forged, and counterfeit, at Albertsons Store #258, located at 13606 E. 32nd. Ave., Spokane, Washington, in violation of 18 U.S.C. §§ 472 and 2.

**COUNT 9**

On or about March 10, 2016, within the Eastern District of Washington, Defendant, JUSTIN MICHAEL HASAN did, with the intent to defraud, pass a

falsely made, forged and counterfeit $100 Federal Reserve Note, bearing serial number LH92700417A, which JUSTIN MICHAEL HASAN knew to be falsely made, forged, and counterfeit, at Horizon Credit Union, Deer Park Branch, located at 900 South Main, Deer Park, Washington, in violation of 18 U.S.C. §§ 472 and 2.

**COUNT 10**

On or about March 10, 2016, within the Eastern District of Washington, Defendant, JUSTIN MICHAEL HASAN did, with the intent to defraud, pass a falsely made, forged and counterfeit $100 Federal Reserve Note, bearing serial number LH92700417A, which JUSTIN MICHAEL HASAN knew to be falsely made, forged, and counterfeit, at the Safeway Store #1135, located at 804 W. 1st Cle Elum, Washington, in violation of 18 U.S.C. §§ 472 and 2.

**NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS**

The allegations made in Counts 1 – 10 of this Indictment are hereby re-alleged and incorporated herein by reference for the purposes of alleging forfeitures pursuant to 18 U.S.C. § 982, 18 U.S.C. § 492 and 28 U.S.C. § 2461.

Pursuant to 18 U.S.C. § 982(a)(2)(B) upon conviction of an offense in violation of 18 U.S.C. §§ 471, 472, the Defendant JUSTIN MICHAEL HASAN, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, including, but not limited to:

MONEY JUDGMENT
A sum of money equal to $900.00 in United States currency, representing the amount of proceeds obtained as the result of the passing counterfeit currency violations.

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c) upon conviction of an offense in violation of 18 U.S.C. §§ 471, 472, the Defendant JUSTIN MICHAEL HASAN, shall forfeit to the United States of America all counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. §§ 471, 472; and, any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the Defendant without proper authority.

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

///

///

///

///

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c). All pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).

DATED this 19 day of July, 2016.

A TRUE BILL

Foreperson

MICHAEL C. ORMSBY
United States Attorney

Earl A. Hicks
Assistant United States Attorney